B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14−15847**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James L Brady | Margarita Brady |
| 3841 N Panama Ave | 3841 N Panama Ave |
| Chicago, IL 60634 | Chicago, IL 60634 |

Social Security / Individual Taxpayer ID No.:
  xxx−xx−0947                                                   xxx−xx−5716

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

     It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                    FOR THE COURT

Dated: <u>August 18, 2014</u>                            <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                          United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18J (Official Form 18J) (12/07) – Cont.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                               Case No. 14-15847-JPC
James L Brady                                                        Chapter 7
Margarita Brady
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: admin                 Page 1 of 1        Date Rcvd: Aug 18, 2014
                               Form ID: b18                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2014.
db/jdb       +James L Brady,    Margarita Brady,    3841 N Panama Ave,    Chicago, IL 60634-2039
21855509     +American Eagle Bank,    556 Randall Rd,    South Elgin, IL 60177-3315
21855510     +Bank of America Home Loans,    Mail Stop CA6-921-01-03,    450 American St,
               Simi Valley, CA 93065-6285
21855511     +CACH LLC,   c/o Blitt & Gaines,    661 W Glenn Ave,    Wheeling, IL 60090-6017
21855514     +Diversified Consultant,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
21855519     +HY Cite/Royal Prestige,    333 HOltzman rd,    Madison, WI 53713-2109
21855521     +ICS Collection,    PO Box 1010,   Tinley Park, IL 60477-9110
21855522     +Illinois Department of Revenue,    PO Box 19029,    Springfield, IL 62794-9029
21855524     +Keynote Consulting,    220 W Campus Dr, Ste 102,    Arlington Heights, IL 60004-1498
21855525     +Loyola University Medical Center,    2160 S First Ave,    Maywood, IL 60153-3328
21855527     +Pierce & Associates,    1 N Dearborn,   Chicago, IL 60602-4373
21855529     +The Cbe Group Inc.,    c/o Thomas R. Penaluna,    3362 University Ave.,    Waterloo, IA 50701-2006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21855508     +EDI: AFNIRECOVERY.COM Aug 19 2014 03:08:00      Afni Inc,    404 Brock Dr,
               Bloomington, IL 61701-2654
21855512     +EDI: STFC.COM Aug 19 2014 03:08:00      CACH LLC,    4340 S Monaco St, Unit 2,
               Denver, CO 80237-3408
21855513     +EDI: CHASE.COM Aug 19 2014 03:08:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
21855515     +EDI: RMSC.COM Aug 19 2014 03:13:00      GE Capital/Home Design,     PO Box 965036,
               Orlando, FL 32896-5036
21855516     +EDI: RMSC.COM Aug 19 2014 03:13:00      GECRB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
21855517     +E-mail/Text: bknoticing@grantweber.com Aug 19 2014 03:30:41       GRANT WEBER,
               861 CORONADO CNTR DR,    Henderson, NV 89052-3992
21855518     +EDI: HFC.COM Aug 19 2014 03:08:00      HSBC Best Buy,    1405 Foulk Rd,    Wilmington, DE 19803-2769
21855520     +EDI: IIC9.COM Aug 19 2014 03:03:00      IC Systems Inc,    PO Box 64378,
               Saint Paul, MN 55164-0378
21855523      EDI: IRS.COM Aug 19 2014 03:13:00      Internal Revenue Service - 1/11,     PO Box 7346,
               Philadelphia, PA 19101-7346
21855526     +EDI: MID8.COM Aug 19 2014 03:08:00      Midland Funding,    8875 Aero Drive, Ste 200,
               San Diego, CA 92123-2255
21855528     +EDI: WTRRNBANK.COM Aug 19 2014 03:08:00      Target Corp,    PO Box 673,
               Minneapolis, MN 55440-0673
21855530     +EDI: AFNIVZWIRE.COM Aug 19 2014 03:08:00      Verizon Wireless,    PO Box 26055,
               Minneapolis, MN 55426-0055
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2014 at the address(es) listed below:
          David H Cutler    on behalf of Debtor James L Brady cutlerfilings@gmail.com
          David H Cutler    on behalf of Joint Debtor Margarita  Brady cutlerfilings@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda     rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com
          Toni  Dillon    on behalf of Creditor   Bank of America, N.A. tdillon@atty-pierce.com,
           northerndistrict@atty-pierce.com
                                                                                             TOTAL: 5
```